IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| JAMES W. SMOAK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | NO. 2:03-0117 |
| ) | JUDGE HAYNES |
| ERIC HALL, et al., ) | |
| ) | |
| Defendants. ) | |

## O R D E R

In accordance with the Memorandum filed herewith, the motion for summary judgment (Docket Entry No. 58) filed by the Defendants David Bush, Jeff Phann, Brian Bock, and Jerry Anderson is **GRANTED** in part and **DENIED** in part. The Motion is **DENIED** on the Plaintiffs' Fourth Amendment claims, but is **GRANTED** on the Plaintiffs' state law conspiracy claims that are **DISMISSED with prejudice**.

It is so **ORDERED**.

ENTERED this the 26th day of August, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge