IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT COOKEVILLE

JAMES W. SMOAK et al.,         )
                         )
      Plaintiffs,        )
                         )
v.                        )     No. 2:03-0117
                         )     JURY DEMAND
ERIC HALL et al.,          )
                         )     Judge Haynes
      Defendants.      )

## STIPULATION TO DISMISS

The undersigned hereby stipulate that the above action may be dismissed with

prejudice upon such terms as have been agreed to by the parties. Any additional court

costs shall be paid by Defendant David Bush.


_____
MICHAEL B. LEFTWICH
BPR# 017454
Tennessee Attorney General's Office
425 Fifth Avenue North
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7501
Attorney for Defendant David Bush

_____
MARY A. PARKER
BPR# 6016
Parker & Crofford
1230 Second Ave. South
Nashville, TN 37210
(615) 244-2445
Attorney for Plaintiff James Smoak

1

## CERTIFICATE OF SERVICE

I hereby certify that on ___M. ... 1, Z... ___, this Stipulation to Dismiss was filed electronically. A notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Courts electronic filing system. The other parties are represented by Mary A. Parker and Suzette Peyton, Parker & Crawford, 1230 Second Ave. South, Nashville, TN 37210.

_M / R./_

Michael B. Leftwich

2